# EXHIBIT A

Nicholas S. Politis/Cal. State Bar No. 92978
nicholasp@fdw-law.com
Barbara E. Kennedy/Cal. State Bar No. 320630
melodyc@fdw-law.com
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
Tel: (562) 435-2626 ▪ Fax: (562) 437-7555

Attorneys for Defendant,
PRINCESS CRUISE LINES, LTD.

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

CYNTHIA A. COLER, as Personal
Representative and Administrator of the
Estate of Cassandra J. Webb, and on behalf
of CALEB J. WEBB and DUSTIN M.
WEBB, the Sole Surviving Heirs of
Decedent Cassandra J. Webb,

          Plaintiffs,

vs.

PRINCESS CRUISE LINES, LTD., doing
business as PRINCESS CRUISES;
VENTURE TRAVEL, LLC, doing
business as TAQUAN AIR; and
MOUNTAIN AIR SERVICE, LLC,

          Defendants.

Case No.: 2:20-cv-10283 CAS (JCx)

**STIPULATION TO EXTEND TIME
TO RESPOND TO INITIAL
COMPLAINT BY NOT MORE
THAN 30 DAYS (L.R. 8-3)**

**Complaint served: December 21,
2020**

**Current response date: February 19,
2021**

**New response date: February 26,
2021**

Plaintiff CYNTHIA A. COLER ("Plaintiff") filed her Complaint

("Complaint") on November 10, 2020. Pursuant to the Waiver of Service of

- 1 -

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

Summons, executed on December 21, 2020, PRINCESS CRUISE LINES, LTD.'s ("Princess") answer or motion in response to the Complaint is currently due on February 19, 2021.

Plaintiff and Princess have agreed to a one-week extension of time for Princess to file an answer or otherwise respond to Plaintiff's Complaint in the above captioned matter. Therefore,

IT IS HEREBY STIPULATED, pursuant to Local Rule 8-3, that Princess may have a one-week extension of time up to and including February 26, 2021, to file an answer or otherwise respond to Plaintiff's Complaint in this matter.

Date: February 9, 2021        BAUM, HEDLUND ARISTEI & GOLDMAN, P.C.


                              By: /s/ Clay Robbins, III _____
                                  Ronald L.M. Goldman
                                  Clay Robbins, III
                                  Attorney for Plaintiff,
                                  CYNTHIA A. COLER


Date: February 9, 2021        FLYNN, DELICH & WISE LLP


                              By: /s/ Nicholas S. Politis _____
                                  Nicholas S. Politis
                                  Barbara E. Kennedy
                                  Attorneys for Defendant,
                                  PRINCESS CRUISE LINES, LTD.

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

## **ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

By: /s/ Nicholas S. Politis
Nicholas S. Politis
Barbara E. Kennedy
Attorneys for Defendant,
PRINCESS CRUISE LINES, LTD.

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626