| | |
|---|---|
| 1 | Ralph S. LaMontagne, Jr. [State Bar No. 91536] |
| | rlamontagne@l-a-lawoffices.com |
| 2 | Eric A. Amador [State Bar No. 143395] |
| | eamador@l-a-lawoffices.com |
| 3 | Thomas T. Carpenter [State Bar No. 98051] |
| | tcarpenter@l-a-lawoffices.com |
| 4 | LaMONTAGNE & AMADOR LLP |
| | 150 S. Los Robles Avenue, Suite 940 |
| 5 | Pasadena, California 91101 |
| 6 | Telephone:  (626) 765-6800 |
| | Facsimile:  (626) 765-6801 |
| 7 | |
| 8 | Attorneys for Defendant |
| | VENTURE TRAVEL, L.L.C., doing business as |
| 9 | TAQUAN AIR |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA A. COLER, as Personal Representative and Administrator of the Estate of Cassandra J. Webb, and on behalf of CALEB J. WEBB and DUSTIN M. WEBB, the Sole Surviving Heirs of Decedent, Cassandra J. Webb,<br><br>Plaintiffs,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD., doing business as PRINCESS CRUISES, VENTURE TRAVEL, LLC, doing business as TAQUAN AIR; and MOUNTAIN AIR SERVICE, LLC,<br><br>Defendants. | Case No. 2:20-cv-10283-CAS-JC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>**Complaint served: December 21, 2020 (as to Defendants Princess Cruises and Taquan Air); January 5, 2021 (as to Defendant Mountain Air)**<br><br>**Current response date: February 26, 2021 (as to Defendants Princess Cruises and Taquan Air); March 5, 2021 (as to Defendant Mountain Air)**<br><br>**New response date: March 21, 2021 (as to all Defendants)** |

---

Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 30 Days (L.R. 8-3)

241866

Plaintiff, CYNTHIA A. COLER ("Plaintiff") filed her Complaint ("Complaint") on November 10, 2020. All three defendants in this case, PRINCESS CRUISE LINES, Ltd., dba PRINCESS CRUISES ("PRINCESS CRUISES"), VENTURE TRAVEL, LLC, dba TAQUAN AIR ("TAQUAN AIR") and MOUNTAIN AIR SERVICE, LLC ("MOUNTAIN AIR") were served with process and also executed Waivers of Service of Summons between December 21, 2020 and January 5, 2021. Pursuant to those waivers, as well as a prior seven-day extension stipulations between Plaintiff and PRINCESS CRUISES (Doc. 19) and Plaintiff and TAQUAN AIR (Doc. 21) submitted pursuant to Local Rule 8.3, the time for the filing of an answer, or motion in response, to Plaintiffs' Complaint is: February 26, 2021 for PRINCESS CRUISES, February 26, 2021 for TAQUAN AIR and March 5, 2021 for MOUNTAIN AIR. The Parties previously stipulated to extend the due date until April 9, 2021 pursuant to a Stipulation filed with the Court on February 22, 2021 (Docket Entry 22) to allow the Parties to conduct mediation. The Court has yet to rule on the Parties' Stipulation. As a result, and in an abundance of caution only, the Parties hereby stipulate, pursuant to Local Rule 8.3, that each defendant may have an extension of time, to and including March 21, 2021, in which to file its answer, or to otherwise respond, to Plaintiff's Complaint in this matter.*

///

///

---

* This filing is of a protective nature only. The Parties desire that the Court enter the prior Joint Stipulation (Docket Entry 22) that extended the due date for the filing of all answers/motions by all defendants to April 9, 2021 to allow the Parties to conduct the agreed to mediation. The Parties still wish to proceed in accordance with that stipulation; however, as the Court has not yet ruled as to that stipulation, and the current due date, at least as to two defendants, is February 26, 2021, the Parties believe it appropriate to set forth this stipulation pursuant to Local Rule 8.3, so that no defendant is deemed to be in default

1
Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 30 Days
(L.R. 8-3)

241866

| | |
|---|---|
| Dated:  February 26, 2021 | BAUM HEDLUND ARISTEI & GOLDMAN, P.C. |
| | By:  /s/ *Clay Robbins, III* |
| | Ronald L.M. Goldman |
| | Clay Robbins, III |
| | Attorneys for Plaintiff |
| | CYNTHIA A. COLER |
| Dated:  February 26, 2021 | FLYNN DELICH & WISE LLP |
| | By:  /s/ *Nicholas S. Politis* |
| | Nicholas S. Politis |
| | Attorneys for Defendant |
| | PRINCESS CRUISE LINES, LTD., doing business as PRINCESS CRUISES |
| Dated:  February 26, 2021 | WORTHE HANSON & WORTHE |
| | By:  /s/ *John Hanson* |
| | John Hanson |
| | Attorneys for Defendant |
| | MOUNTAIN AIR SERVICE, LLC, doing business as MOUNTAIN AIR |
| Dated:  February 26, 2021 | LaMONTAGNE & AMADOR LLP |
| | By:  /s/ *Ralph S. LaMontagne, Jr.* |
| | Ralph S. LaMontagne, Jr. |
| | Eric A. Amador |
| | Thomas T. Carpenter |
| | Attorneys for Defendant |
| | VENTURE TRAVEL, L.L.C., doing business as TAQUAN AIR |

**ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

Dated: February 26, 2021　　　　　　LaMONTAGNE & AMADOR LLP

By:　/s/　*Ralph S. LaMontagne, Jr.*
　　　Ralph S. LaMontagne, Jr.
　　　Eric A. Amador
　　　Thomas T. Carpenter
　　　Attorneys for Defendant
　　　VENTURE TRAVEL, L.L.C., doing
　　　business as TAQUAN AIR