```
 1  Ralph S. LaMontagne, Jr. [State Bar No. 91536]
    rlamontagne@l-a-lawoffices.com
 2  Eric A. Amador [State Bar No. 143395]
    eamador@l-a-lawoffices.com
 3  Thomas T. Carpenter [State Bar No. 98051]
    tcarpenter@l-a-lawoffices.com
 4  LaMONTAGNE & AMADOR LLP
    150 S. Los Robles Avenue, Suite 940
 5  Pasadena, California 91101
    Telephone:  (626) 765-6800
 6  Facsimile:  (626) 765-6801

 7  Attorneys for Defendant
    VENTURE TRAVEL, LLC,, doing business as
 8  TAQUAN AIR
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA A. COLER, as Personal Representative and Administrator of the Estate of Cassandra J. Webb, and on behalf of CALEB J. WEBB and DUSTIN M. WEBB, the Sole Surviving Heirs of Decedent, Cassandra J. Webb,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>PRINCESS CRUISE LINES, LTD., doing business as PRINCESS CRUISES, VENTURE TRAVEL, LLC, doing business as TAQUAN AIR; and MOUNTAIN AIR SERVICE, LLC,<br><br>　　　　Defendants. | Case No. 2:20-cv-10283-CAS-JC<br><br>**NOTICE OF PENDING SETTLEMENT OF ACTION** |

Notice Of Pending Settlement Of Action

242026

**TO THE HONORABLE COURT:**

    **PLEASE TAKE NOTICE** that, following extended mediation proceedings that commenced on March 18, 2021, the parties have agreed to a settlement. It is respectfully requested that the Court allow parties sufficient time to work out the specific terms of the settlement agreement/release and for the settlement monies to be paid. It is anticipated that the settlement agreement/release should be completed, and full settlement funds paid within sixty days. Upon completion of the foregoing plaintiffs shall file a dismissal with prejudice. The parties shall contact the Court prior to the expiration of sixty days if additional time is necessary. The parties further request that the current due date for filing of responsive pleadings/motions, *i.e.,* April 9, 2021, be vacated.

Dated:  April 8, 2021                   BAUM HEDLUND ARISTEI & GOLDMAN, P.C.

                                        By: /s/ *Clay Robbins, III*
                                              Ronald L.M. Goldman
                                              Clay Robbins, III
                                              Attorneys for Plaintiff
                                              CYNTHIA A. COLER

Dated:  April 8, 2021                     FLYNN DELICH & WISE LLP

                                        By: /s/ *Nicholas S. Politis*
                                              Nicholas S. Politis
                                              Attorneys for Defendant
                                              PRINCESS CRUISE LINES, LTD.,
                                              doing business as PRINCESS CRUISES

| | | |
|---|---|---|
| 1 | Dated:  April 8, 2021 | WORTHE HANSON & WORTHE |
| 2 | | |
| 3 | | By:  /s/ *John Hanson* |
| | | John Hanson |
| 4 | | Attorneys for Defendant |
| 5 | | MOUNTAIN AIR SERVICE, LLC, doing business as MOUNTAIN AIR |
| 6 | | |
| 7 | Dated:  April 8, 2021 | LaMONTAGNE & AMADOR LLP |
| 8 | | |
| | | By:  /s/ *Ralph S. LaMontagne, Jr.* |
| 9 | | Ralph S. LaMontagne, Jr. |
| | | Eric A. Amador |
| 10 | | Thomas T. Carpenter |
| 11 | | Attorneys for Defendant |
| 12 | | VENTURE TRAVEL, L.L.C., doing business as TAQUAN AIR |

2
Notice Of Pending Settlement Of Action

242026

## **ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

Dated:  April 8, 2021                    LaMONTAGNE & AMADOR LLP

By: /s/ *Ralph S. LaMontagne, Jr.*
 Ralph S. LaMontagne, Jr.
 Eric A. Amador
 Thomas T. Carpenter
 Attorneys for Defendant
 VENTURE TRAVEL, L.L.C., doing business as TAQUAN AIR