1  Ralph S. LaMontagne, Jr. [State Bar No. 91536]
   rlamontagne@l-a-lawoffices.com
2  Eric A. Amador [State Bar No. 143395]
   eamador@l-a-lawoffices.com
3  Thomas T. Carpenter [State Bar No. 98051]
   tcarpenter@l-a-lawoffices.com
4  LaMONTAGNE & AMADOR LLP
   150 S. Los Robles Avenue, Suite 940
5  Pasadena, California 91101

6  Telephone:  (626) 765-6800
   Facsimile:  (626) 765-6801
7
   Attorneys for Defendant
8  VENTURE TRAVEL, L.L.C., doing business as
   TAQUAN AIR
9

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA A. COLER, as Personal Representative and Administrator of the Estate of Cassandra J. Webb, and on behalf of CALEB J. WEBB and DUSTIN M. WEBB, the Sole Surviving Heirs of Decedent, Cassandra J. Webb,<br><br>        Plaintiffs,<br><br>   vs.<br><br>PRINCESS CRUISE LINES, LTD., doing business as PRINCESS CRUISES; VENTURE TRAVEL, LLC, doing business as TAQUAN AIR, and MOUNTAIN AIR SERVICE, LLC,<br><br>        Defendants. | Case No. 2:20-cv-10283-CAS-JC<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE (Fed.R.Civ.P. 41)** |

Stipulation For Dismissal Of Action With Prejudice (Fed.R.Civ.P. 41)

242236

The undersigned parties, who are all the parties to this action, namely, plaintiffs, Cynthia A. Coler, as personal representative and administrator of the Estate of Cassandra J. Webb, and on behalf of Caleb J. Webb and Dustin M. Webb, the sole surviving heirs of decedent, Cassandra J. Webb, and defendants, Princess Cruise Lines, Ltd., dba Princess Cruises, Venture Travel, LLC, dba Taquan Air, and Mountain Air Service, LLC, dba Mountain Air, hereby **STIPULATE**, pursuant to Fed.R.Civ.P. 41, to the dismissal of this action, with prejudice, with each party bearing said party's own fees and costs.

Dated:  June 8, 2021          BAUM HEDLUND ARISTEI & GOLDMAN, P.C.

By:  /s/ *Clay Robbins, III*
  Ronald L.M. Goldman
  Clay Robbins, III
  Attorneys for Plaintiffs
  CYNTHIA A. COLER, as Personal Representative and Administrator of the Estate of Cassandra J. Webb, and on behalf of CALEB J. WEBB and DUSTIN M. WEBB, the Sole Surviving Heirs of Decedent, Cassandra J. Webb

Dated:  June 8, 2021          FLYNN, DELICH & WISE LLP

By:  /s/ *Nicholas S. Politis*
  Nicholas S. Politis
  Attorneys for Defendant
  PRINCESS CRUISE LINES, LTD., doing business as PRINCESS CRUISES

Dated:  June 8, 2021          WORTHE HANSON & WORTHE

By:  /s/ *John Hanson*
  John Hanson
  Attorneys for Defendant
  MOUNTAIN AIR SERVICE, LLC, doing business as MOUNTAIN AIR

1
Stipulation For Dismissal Of Action With Prejudice (Fed.R.Civ.P. 41)

| | | |
|---|---|---|
| 1 | Dated:  June 8, 2021 | LaMONTAGNE & AMADOR LLP |
| 2 | | |
| 3 | | By:  /s/ *Ralph S. LaMontagne, Jr.* |
| | | Ralph S. LaMontagne, Jr. |
| 4 | | Eric A. Amador |
| | | Thomas T. Carpenter |
| 5 | | Attorneys for Defendant |
| 6 | | VENTURE TRAVEL, L.L.C., doing business as TAQUAN AIR |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
Stipulation For Dismissal Of Action With Prejudice (Fed.R.Civ.P. 41)

242236

## **ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

Dated: June 8, 2021          LaMONTAGNE & AMADOR LLP

By: /s/ *Ralph S. LaMontagne, Jr.*
　　　Ralph S. LaMontagne, Jr.
　　　Eric A. Amador
　　　Thomas T. Carpenter
　　　Attorneys for Defendant
　　　VENTURE TRAVEL, L.L.C., doing
　　　business as TAQUAN AIR